RAFAEL SAN MILLÁN, demandante y apelado, *v.* JOSÉ GARCÍA ABREU, demandado y apelante.

No. 4435.—*Visto:* Junio 19, 1928. *Resuelto:* Junio 22, 1928.

R. *Agrait Aldea,* abogado del apelante; R. *Rivera Zayas,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El demandante y apelado, Rafael San Millán, fué nombrado por la Asamblea Municipal de Arecibo para el cargo de comisionado de servicio público, policía y prisiones de dicho municipio de cuyo cargo tomó posesión, pero posteriormente esa asamblea municipal dejó sin efecto dicho nombramiento y en su lugar nombró a José García Abreu. Contra el último acuerdo estableció San Millán recurso de *certiorari* ante la Corte de Distrito de Arecibo, que fué resuelto en contra del peticionario, y entonces José García Abreu tomó posesión del cargo. Apeló San Millán la resolución de la corte y la revocamos anulando el acuerdo de la asamblea municipal que anuló el nombramiento que había hecho a favor del demandante. *San Millán* v. *Asamblea Municipal de Arecibo,* 32 D.P.R. 281. Entonces García Abreu abandonó el puesto.

Posteriormente San Millán demandó a José García Abreu para que le pagase la cantidad de $588.71 y sus intereses legales por los sueldos que cobró durante dicho período como funcionario *de facto,* y habiendo declarado la corte de distrito a virtud de excepción previa formulada por García Abreu que la demanda no aducía hechos determinantes de causa de acción, dictó sentencia declarando sin lugar la demanda, pero fué revocada por este tribunal (*San Millán* v. *García,* 34 D.P.R. 326) declarando que un funcionario municipal *de jure* que ilegalmente ha sido separado de su cargo puede recobrar del funcionario *de facto* el sueldo cobrado por éste durante el período de exclusión ilegal de aquél.

El apelante insiste ahora en las cuestiones en que fundó su excepción previa pero la sentencia últimamente citada resolvió la cuestión de derecho entre las partes, y después de ella sólo quedó pendiente la cuestión de hecho, en la que no hay controversia.

La sentencia apelada *debe ser confirmada.*